IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                            No. 4:05CR00204 JLH

MARCUS FION GRAY                                                                       DEFENDANT

## ORDER

At a hearing on December 11, 2008, Marcus Fion Gray personally and through his attorney stated that Gray was convinced that his criminal history points were correctly calculated in the presentence report and therefore Gray was withdrawing his motion for relief pursuant to 28 U.S.C. § 2255. Therefore, the motion is DENIED. Document #38. The pro se motion for default judgment (Document #44) and the motion for continuance (Document #51) are DENIED as moot.

IT IS SO ORDERED this 15th day of December, 2008.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE